| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION | VOLUNTARY PETITION |
|---|---|

| NAME OF DEBTOR | NAME of JOINT DEBTOR |
|---|---|
| **George W McDonald** | **Patricia A McDonald** |

| ALL OTHER NAMES  USED BY THE DEBTOR IN THE LAST 6 YEARS (including married, maiden & trade) | ALL OTHER NAMES  USED BY THE JOINT  DEBTOR IN THE LAST 6 YEARS (including married, maiden & trade) |
|---|---|
| | |

| SOC. SECURITY #/TAX I.D. NO (if more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION  & COMMIT PERJURY!!!  (Last 4 digits of Social) | SOC. SECURITY #/TAX I.D. NO (if more than one, state all)  IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION  & COMMIT PERJURY!!! (Last 4 digits of Social) |
|---|---|
| **\*\*\*-\*\*-6040** | **\*\*\*-\*\*-0683** |

| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
|---|---|
| **5975 Shetland Rd** **Rockford IL 61109** | **5975 Shetland Rd** **Rockford IL 61109** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| **Winnebago** | **Winnebago** |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
| | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

***NOT APPLICABLE***

### Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| TYPE OF DEBTOR (Check all boxes that apply) | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| [x] **Individual(s)** | |
| [] Corporation   [] Railroad | [] Chapter 7   [] Chapter 11   [X] Chapter 13 |
| [] Partnership   [] Stockbroker | [] Chapter 9   [] Chapter 12   [] |
| [] Other_____   [] Commodity Broker | [] Sec 304 0-- Case ancillary to foreign proceeding |

| NATURE OF DEBTS (Check one box) | FILING FEE (Check one box) |
|---|---|
| [x] Consumer/Non-Business   [] Business | [X] Full Filing Fee Attached |

CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)

[] Debtor is a small business as defined in 11 U.S.C. S101

[] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional)

[] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b)/

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)

[] Debtor estimates that funds will be available for distribution to unsecured credtiors

[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| ESTIMATED NO. OF CREDITORS | [x] | **14** |
|---|---|---|
| ESTIMATED ASSETS | [x] | **$ 66,195** |
| ESTIMATED DEBTS | [x] | **$ 95,648** |

| Voluntary Petition | NAME OF DEBTOR(s) |
|---|---|
| | **George W McDonald** |
| (This page must be completed and filed in every case) | **Patricia A McDonald** |

I  STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITIIN LAST 6 YEARS  (IF BLANK, THIS IS FIRST IN 6 YRS

| LOCATION WHERE FILED: | CASE NO. | DATE FILED |
|---|---|---|
| | | |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S)

| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A**  (To be completed only if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

_____Exhibit A is attached and made a part of this petition

Exhibit C   Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  NO    If yes and Exhibit C is attached and made a part of this petition      _____XXXX  No.

Signature of Non-Attorney Petition Preparer    I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer _____Social Sec# _____ Address _____
X_____ Signature of Bankruptcy Peition Preparer    A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION SIGN, AND DATE BELOW.
# ALSO, SIGN ON EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.   I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each such Chapter and choose to proceed.  I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

Dated:____/_____/2005     _____     | **X Date & Sign** |

**George W McDonald**

Dated:____/_____/2005     _____     | **X Date & Sign** |

**Patricia A McDonald**

**Exhibit B - Signature of Attorney**

**Attorney Name:   Nathan E Curtis          Bar No: 6269588**
**Law Offices of Peter Francis Geraci**
**55 E. Monroe Street #3400**
**Chicago IL 60603**
**312.332.1800 (PH) 312.332.6354 (FAX)**

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each Chapter.

**Attorney Name:    Nathan E Curtis          Bar No: 6269588**          Dated:____/_____/2005

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

---

## STATEMENT PURSUANT TO RULE 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.   The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

For legal services rendered, Debtor(s) agrees to pay                                                                 **$2,700**
Prior to the filing of this Statement, Debtor(s) has paid                                                              **$0**

                                                                                        **Balance Due**      **-$2,700**

2.   The Filing Fee has been paid.

3.   The Service rendered or to be rendered include the following:

(a)   Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file
       a petition under Title 11, U.S.C.
(b)   Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
(c)   Representation of the client at the first meeting of creditors.
(d)   Advice as required.

4.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
performed, and none other.

5.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,will be from
earnings, wages and compensation for services performed and none other.

6.   The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following for the
value stated:  None.

7.   The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law
firm, any compensation paid or to be paid without the client's consent, except as follows:  None.

*Respectfully submitted,*

Dated:_____/_____/2005          _____

                                         Attorney Name:    Nathan E Curtis                              Bar No: 6269588

                                         **Law Offices of Peter Francis Geraci**
                                         **55 E. Monroe Street #3400**
                                         **Chicago IL 60603**
                                         **312.332.1800 (PH) 312.332.6354 (FAX)**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or furture interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| **5975 Shetland Rd Rockford, IL 61109  (Debtor's Residence)** | | J | $  59,000 | $  56,852 |

**TOTAL MARKET VALUE OF  REAL PROPERTY**          $ 59,000

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtors |
|---|---|---|
| 01. Cash on Hand | [X] | None |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or cooperatives. | | |
| **Stillman Banc Corp. checking account - Account #XXX7438** | J | $   20 |
| 03. Security Deposits with public utilities, telephone companies, landlords and others. | [X] | None |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | |
| **Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, stove, refrigerator, microwave, pots/pans, dishes/flatware,tools, lawn mower** | J | $   1,500 |
| **Best Buy - electronics** | W | $   200 |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | |
| **Books, Compact Discs, Tapes/Records, Family Pictures** | J | $   50 |
| 06. Wearing Apparel | | |
| **Necessary wearing apparel** | J | $   600 |
| 07. Furs and jewelry. | [X] | None |
| 08. Firearms and sports, photographic, and other hobby equipment. | [X] | None |
| 09. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | |
| **Term Life Insurance with CUNA - No Cash Surrender Value.** | | None |
| **Term Life Insurance with State Mutual - No Cash Surrender Value.** | | None |
| 10. Annuities | [X] | None |
| 11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans. | [X] | None |
| 12. Stocks and interests in incorporated and unincorporated businesses. | [X] | None |
| 13. Interest in partnerships or joint ventures. | [X] | None |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | [X] | None |
| 15. Accounts receivable | [X] | None |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | [X] | None |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtors |
|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. | | [X]   None |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | [X]   None |
| 19. Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | [X]   None |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims.  Give estimated value of each. | | [X]   None |
| 21. Patents, copyrights and other intellectual property. | | [X]   None |
| 22. Licenses, franchises and other general intangibles. | | [X]   None |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | |
| **1990 Cadiallac DeVille - (over 97,200 miles)** | W | $   1,975 |
| **1992 Ford Explorer -(over 80,000 miles)** | W | $   2,850 |
| 24. Boats, motors and accessories. | | [X]   None |
| 25. Aircraft and accessories. | | [X]   None |
| 26. Office equipment, furnishings, and supplies. | | [X]   None |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | [X]   None |
| 28. Inventory | | [X]   None |
| 29. Animals | | |
| **Family Pets: 1 Cat** | J | None |
| 30. Crops-Growing or Harvested. | | [X]   None |
| 31. Farming equipment and implements. | | [X]   None |
| 32. Farm supplies, chemicals, and feed. | | [X]   None |
| 33. Other personal property of any kind not already listed. | | [X]   None |

**TOTAL**        $ 7,195

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.

[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as tenant by the entirety or joint tenant to the extent interest is exempt from process under aplicable nonbankruptcy law.

| Description and Location of Property | Specify Law Providing Exemption and Value of Claimed Exemption | | Market Value of Debtor's Interest Before Claim | |
|---|---|---|---|---|
| 00. Real Property | | | | |
| **5975 Shetland Rd Rockford, IL 61109  (Debtor's Residence)** | 735 ILCS 5/12-901 | $  15,000 | $  59,000 | |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or cooperatives. | | | | |
| **Stillman Banc Corp. checking account - Account #XXX7438** | 735 ILCS 5/12-1001(b) | $  20 | $  20 | |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| **Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, stove, refrigerator, microwave, pots/pans, dishes/flatware,tools, lawn mower** | 735 ILCS 5/12-1001(b) | $  1,500 | $  1,500 | |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| **Books, Compact Discs, Tapes/Records, Family Pictures** | 735 ILCS 5/12-1001(a) | $  50 | $  50 | |
| 06. Wearing Apparel | | | | |
| **Necessary wearing apparel** | 735 ILCS 5/12-1001(a),(e) | $  600 | $  600 | |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | | | |
| **1990 Cadiallac DeVille - (over 97,200 miles)** | 735 ILCS 5/12-1001(b) | $  1,975 | $  1,975 | |
| **1992 Ford Explorer -(over 80,000 miles)** | 735 ILCS 5/12-1001(c) | $  2,400 | $  2,850 | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor Name and Address | Account #<br>Consideration For Claim<br>Dates Claim Was Incurred | C U D | H W J C | Unsecured Amount | Claim Amount |
|---|---|---|---|---|---|
| 1  **Best Buy/HRS USA**<br>Bankruptcy Department<br>PO Box 17602<br>Baltimore MD 21297-1602 | **Account No.:** **7001191104538245**<br>Nature of Lien    Purchase Money Security<br>Dates:              2002<br>Intention:         Reaff @ Fair Market Value<br>**\*Description:**   **Best Buy - electronics** | | W | $1,216 | $  1,416 |
| 2  **First Financial Bank**<br>Attn: Bankruptcy Department<br>PO Box 1838<br>Pittsburg PA 15230 | **Account No.:** **1004033048**<br>Nature of Lien    Mortgage<br>Dates:              2000<br>Intention:         None<br>**\*Description:**   **5975 Shetland Rd Rockford, IL 61109  (Debtor's Residence)** | | J | $0 | $  56,852 |

**TOTAL SECURED DEBT**

$ 58,268

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

---

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labled "HWJC".

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Account #<br>Consideration For Claim<br>Dates Claim Was Incurred | C U D | H W J C | Claim Amount |
|---|---|---|---|---|

**[x] None**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not inlclude claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| | Creditor Name and Address | Account #<br>Consideration For Claim<br>Dates Claim Was Incurred | C U D | H W J C | Claim Amount |
|---|---|---|---|---|---|
| 1 | **Bank of America**<br>Bankruptcy Department<br>PO Box 5270<br>Carol Stream IL 60197-5270 | Account No.   4888603110313327<br>Reason:          Credit Card or Credit Use<br>Dates:            2004 | | H | $  2,100 |
| 2 | **Bank of America**<br>Bankruptcy Department<br>PO Box 5270<br>Carol Stream IL 60197-5270 | Account No.   4319041014587945<br>Reason:          Credit Card or Credit Use<br>Dates:            2001 | | W | $  1,400 |
| 3 | **Capital One**<br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | Account No.   5178052190264487<br>Reason:          Credit Card or Credit Use<br>Dates:            2001 | | W | $  600 |
| 4 | **Capital One**<br>Bankruptcy Department<br>PO Box 85167<br>Richmond VA 23285-5167 | Account No.   5178052500217134<br>Reason:          Credit Card or Credit Use<br>Dates:            2004 | | H | $  800 |
| 5 | **Citifinancial**<br>Attn: Bankruptcy Dept.<br>2503 E. State Street<br>Rockford IL 61108 | Account No.   671300140386409<br>Reason:          Credit Card or Credit Use<br>Dates:            2002 | | H | $  5,300 |
| 6 | **Direct Merchants Bank**<br>Attn: Bankruptcy Dept.<br>PO BOx 60019<br>City of Industry CA 91716 | Account No.   5462834669092118<br>Reason:          Credit Card or Credit Use<br>Dates:            2002 | | W | $  10,800 |
| 7 | **Exxon Mobil**<br>Attn: Bankruptcy Dept.<br>PO Box 6532<br>The Lakes NV 88901-6532 | Account No.   8513170822<br>Reason:          Credit Card or Credit Use<br>Dates:            2002 | | J | $  600 |
| 8 | **Household Bank, N.A.**<br>Bankruptcy Department<br>PO Box 17051<br>Baltimore MD 21297-1051 | Account No.   5433280000451918<br>Reason:          Credit Card or Credit Use<br>Dates:            2001 | | W | $  4,100 |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| Creditor Name and Address | Account #<br>Consideration For Claim<br>Dates Claim Was Incurred | C U D | H W J C | Claim Amount |
|---|---|---|---|---|
| **9   Household Bank, N.A.**<br>Bankruptcy Department<br>PO Box 17051<br>Baltimore MD 21297-1051 | Account No.   5408010016743060<br>Reason:        Credit Card or Credit Use<br>Dates:          2002 | | W | $  4,300 |
| **10   Internal Revenue Service**<br>Attn: Bankruptcy Dept.<br>Mail Stop 5010 CHI<br>230 S. Dearborn St. | Account No.   430566040<br>Reason:        Taxes - Federal, State or Loca<br>Dates:          1996 | | J | $   480 |
| **11   Providian**<br>Bankruptcy Department<br>PO Box 66022<br>Dallas TX 75266-0022 | Account No.   4361472700604248<br>Reason:        Credit Card or Credit Use<br>Dates:          2001 | | W | $  5,600 |
| **12   Wal-Mart**<br>Bankruptcy Department<br>PO Box 530938<br>Atlanta GA 30353-0938 | Account No.   6032203380625540<br>Reason:        Credit Card or Credit Use<br>Dates:          2002 | | H | $  1,300 |

**TOTAL UNSECURED DEBT**          **$ 37,380.00**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|

**[x] None**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

| Name and Address of Co-Debtor | Name and Address of the Creditor |
|---|---|

**[x] None**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases field by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separatee and a joint petition is not filed.

**Debtor's Marital Status:  Married**

**Dependent(s)**

| EMPLOYMENT:   DEBTOR | EMPLOYMENT:   SPOUSE |
|---|---|

Occupation: **Retired**          **Retired**
Name of Employer:
Years Employed
Employer Address:
City, State, Zip

| INCOME AND PAYROLL DEDUCTIONS | DEBTOR INCOME | SPOUSE INCOME |
|---|---|---|
| Current monthly gross wages, salary, and commissions | $ 0.00 | $ 0.00 |
| Estimated Monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | | |
| a.  Payroll Taxes & Social Security | $ 0.00 | $ 0.00 |
| b.  Insurance | $ 0.00 | $ 0.00 |
| c.  Union Dues | $ 0.00 | $ 0.00 |
| d.  Pension: | $ 0.00 | $ 0.00 |
| e.  Other: | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 853.17 | $ 0.00 |
| Other monthly income - Govt | $ 0.00 | $ 0.00 |
| Social Security | $ 1,039.00 | $ 472.00 |
| TOTAL MONTHLY INCOME | $ 1,892.17 | $ 472.00 |
| TOTAL COMBINED MONTHLY INCOME | $2,364.17 | |

Describe any increase/decrease of more than 10% in any of the above categories anticipated to occur within the yr following filing of this document:

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SCHEDULE J - CURRENT EXPENDITURES

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments
made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

[  ]   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule
of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| **MORTGAGE & RENT**   (include lot rented for mobile home) | 1st Mortgage or Rent | $ 0.00 |
| Are real estate taxes included?   **[ ] Yes  [x] No** | 2nd Mortgage | $ 0.00 |
| Is property insurance included?   **[ ] Yes  [x] No** | 3rd Mortgage | $ 0.00 |
| **UTILITIES & MAINTENANCE** | Electricity and Heating Fuel | $ 160.00 |
| | Water and Sewer | $ 20.00 |
| | Telephone | $ 60.00 |
| | Garbage | $ 0.00 |
| | Cable | $ 40.00 |
| | Repairs, Maintenance & Upkeep | $ 50.00 |
| **NECESSARY LIVING EXPENSES** | Food | $ 350.00 |
| | Clothing | $ 20.00 |
| | Laundry and Dry Cleaning | $ 10.00 |
| | Medical and Dental expenses , Rx Medicines | $ 75.00 |
| | Fuel,  Maintenance, Tools, Parking, Upkeep | $ 114.00 |
| | Recreation, Clubs, and Entertainment,  etc | $ 30.00 |
| | Newspapers, Magazines | $ 0.00 |
| | Charitable contributions | $ 0.00 |
| **INSURANCE -** Not deducted from wages or included in home mortgage payments | Homeowner's or Renter's | $ 40.00 |
| | Life | $ 97.00 |
| | Health | $ 170.00 |
| | Auto | $ 78.00 |
| Taxes - Not deducted from wages or included in home mortgage payments | | $ 140.00 |
| **AUTOMOBILE EXPENSES** | Auto Installment Payments | $ 0.00 |
| | Auto Repair | $ 100.00 |
| **SUPPORT PAYMENTS** | Alimony, maintenance, and support paid to others | $ 0.00 |
| | Payments for support of additional dependents not living at your home | |
| | Regular expenses from operation of business, profession, farm (attach detailed statement) | |
| **ALL OTHER MISCELLANEOUS EXPENSES** | Haircuts | $ 20.00 |
| | Personal Care, Non-Rx,Toiletries,Cleaning Supplies | $ 30.00 |
| | Postage/Banking | $ 10.00 |
| | Contacts | $ 20.00 |
| | Tuition, Books | $ 0.00 |
| | Student  Loans | $ 0.00 |
| | Cell Phone | $ 30.00 |
| | | $ 0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | | **$ 1,664.00** |

**FOR CHAPTER 12 AND 13 DEBTORS ONLY**

| | |
|---|---:|
| A. Total projected monthly income | $ 2,364.17 |
| B. Total projected monthly expenses | $ 1,664.00 |
| C. Excess income (A minus B) | $ 700.17 |
| D. Total amount to be paid into plan monthly | **$ 700.00** |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, will provide information requested on this statment concerning all such activities as well as the individual's personal affairs.

**DEFINITIONS**

"In business." A debtor is "in business" for the purpose of this statement if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate

## Description and Details

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS:  Identify all sources of income if there is more than one. State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the 2 years immediately preceding this case calendar year.

| [X] NONE |

Spouse

| [X] NONE |

02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS:  State the amount of income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Include all payments received from any source. Indicate multiple sources of income.

> ***Debtor's Income Non-Wage***
> ***This Year.......: Approx.$853.17***
> ***Last Year.......: Approx.$10,200.00***
> ***Year Before.....: Approx.$10,200.00***
> ***From:Pension***
> ***Debtor's Income Non-Wage***
> ***This Year.......: Approx.$1039.00***
> ***Last Year.......: Approx.$12,400.00***
> ***Year Before.....: Approx.$12,300.00***
> ***From:Social Security***

Spouse

> ***This Year......: Approx.$472.00***
> ***Last Year.......: Approx.$5,600.00***
> ***Year Before....: Approx.$5,550.00***
> ***From:Social Security***

03. PAYMENTS TO CREDITORS:  List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3 MONTHS.

> ***Creditor.....: First Financial Bank***
> ***Address......: See Sch D.***
> ***Amount Paid.: $1,140.00***
> ***Payment Dates: Monthly***
> ***Amount Owing: $56,852.00***

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding the commencement of this case or for the benefit of creditors who are or were insiders.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding the commencement of this case or for the benefit of creditors who are or were insiders.

*Creditor..............:James McDonald*
*Address...............:4730 SE Stark #16, Portland, OR. 97215*
*Relationship to Debtor:Son*
*Amount Paid...........:$1,000.00*
*Payment Dates.........:Payments made throughout the year*
*Amount Owing..........:$600.00*

04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS: List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or defendant or other party: include divorces, injury claims, employment claims and all others.

[X] NONE

04b.  WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized under any legal or equitable process within 1 year:

[X] NONE

05. REPOSSESSION, FORECLOSURES AND RETURNS:    List all property repossessed, sold at foreclosure sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:

[X] NONE

06. ASSIGNMENTS AND RECEIVERSHIPS:  List assignment of property for benefit of creditors within 120 days before filing this bankruptcy:

[X] NONE

List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.

[X] NONE

07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case except ordinary & usual gifts or family members less than $200.00 total per individual family member, & charity contributions less than $100.00 per recipient.

[X] NONE

08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY:

[X] NONE

09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER FRANCIS GERACI: (by you, or by others for you, within 1 year of today)

*Payee................: Law Offices of Peter Francis Geraci*
*Address............: 55 East Monroe Street*
*Address2........: Suite 3400*
*Address3........: Chicago      IL 60603*
*Date of Payment.:  /*
*Payor...............: Debtor*
*Payment/Value......:  2,700.00*

In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on my contract of representation to work on my case.

[X] NONE

10. If you transferred any property of any kind, either absolutely or as security, within 1 year of today, give details:  (Including but not limited to: vehicle trades, transfers or sales, loans against property, divorce transfers, quit-claim deeds, trusts)

[X] NONE

11.If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit union or other accounts within 1 year of today, list details:

[X] NONE

12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities, cash, or other valuables within 1 year of today:

[X] NONE

13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within the past year.

[X] NONE

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

| STATEMENT OF FINANCIAL AFFAIRS |
|---|

14. LIST ALL PROPERTY THAT YOU HOLD FOR ANOTHER PERSON: (Including but not limited to: minor's accounts, vehicle in your name that is really someone else's, accounts or property or items you are on title to or in possession of)

[X] NONE

15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:

[X] NONE

16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: If you live or did live in a community property state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state.

[X] NONE

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites."Hazardous material" means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc. under environmental Law.

[X] NONE

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of every site & the governmental unit, date of the notice, & Environmental law:

[X] NONE

b. If you provided notice of release of Hazardous Material, list  name and address of every site and governmental unit.

[X] NONE

c.If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give the name & address of governmental unit that is or was a party to the proceedings,& docket number.

[X] NONE

18. a.List names, addresses,taxpayer ID #, nature  of business,begin & end dates all businesses, sole-proprietors, partnerships, corporations in which you had any interest, office, 5% of more voting or equity interest within 6 years of today.  List same if debtor is partnership or corporation.
Name  Taxpayer ID#  ADDRESS NATURE  DATES
b. Identify any business listed above that is a "single asset real estate" as defined in 11 U.S.C. 101.

[X] NONE

b.  Identify any business listed in subdivision a.that is "single asset real estate" as defined in 11 U.S.C. 101.

[X] NONE

19.  List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books of account and records.

[X] NONE

b. List all firms or individuals who have audited the books of account and records, or prepared a financial statement of yours in the last 2 years.

[X] NONE

c. List all firms or individuals who are now in possession of your books of account and records of the debtor. If any books or records are not available, explain.

[X] NONE

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the last 2 years.

[X] NONE

20. INVENTORIES
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

[X] NONE

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

[X] NONE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

| STATEMENT OF FINANCIAL AFFAIRS |
|---|

21A. Only if you are a partnership, list nature and percentage of interest of each member of it.

**[X] NONE**

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns, controls, or holds 5% or more of the voting or equity securities of the corporation.

**[X] NONE**

22.  ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.

**[X] NONE**

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within 1 year immediately preceding the commencement of this case.

**[X] NONE**

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments, bonuses, loans etc. to insiders, including compensation in any form, in past year.

**[X] NONE**

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last 6 years.

**[X] NONE**

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which debtor, as an employer, was responsible for contributing in last 6 years.

**[X] NONE**

| I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. |
|---|

Dated:_____/_____/2005    _____    **X Date & Sign**

**George W McDonald**

Dated:_____/_____/2005    _____    **X Date & Sign**

**Patricia A McDonald**

**\* Joint debtors must provide information for both spouses.  Penalty for making a false statement or concealing property:
Fine up to $500,000 or up to 5 years imprisonment or both.  18 U.S.C. 152 and 3571.**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

| STATEMENT OF INTENTION |
|:---:|

1. Debtor(s) have filed a schedule of assets/liabilities including consumer debts secured by property of the estate.
2. Debtor(s) intention with respects to theis property of the estate which secures thos consumer debts is as follows:
3. Debtor(s) understand that 521(2)(B) of the Bankruptcy Code requires that the below stated intentions must be performed within 45 days of filing.

| PROPERTY TO BE RETAINED |
|:---:|

| Description of Property | Creditor's Name | Intention |
|:---:|:---:|:---:|
| Best Buy - electronics | **Best Buy/HRS USA**<br>Bankruptcy Department<br>PO Box 17602<br>Baltimore MD 21297-1602 | Reaff @ Fair Market Value |

*524(c):      Debt will be reaffirmed pursuant to Sec. 524(c)
*722:         Property is claimed as exempt and will be redeemed pursuant to Sec. 722

| I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. |
|:---:|

Dated:_____/_____/2005      _____      **X Date & Sign**

**George W McDonald**

Dated:_____/_____/2005      _____      **X Date & Sign**

**Patricia A McDonald**

* Joint debtors must provide information for both spouses.  Penalty for making a false statement or concealing property:
Fine up to $500,000 or up to 5 years imprisonment or both.  18 U.S.C. 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached YES \| NO | Pages | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| SCHEDULE A - Real Property | Yes | 1 | $59,000 | | |
| SCHEDULE B - Personal Property | Yes | 1+ | $7,195 | | |
| SCHEDULE C - Exempt | Yes | 1+ | | | |
| SCHEDULE D - Secured | Yes | 1+ | | $58,268 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | 1+ | | $37,380 | |
| SCHEDULE G - Executory Contracts | Yes | 1+ | | | |
| SCHEDULE H - CoDebtors | Yes | 1+ | | | |
| SCHEDULE I - Income | Yes | 1+ | | | $2,364 |
| SCHEDULE J - Expenditures | Yes | 1+ | | | $1,664 |

| $ 66,195 | $ 95,648 |
| --- | --- |
| **TOTAL ASSETS** | **TOTAL LIABILITIES** |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald / Debtors**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income & expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debor that non-dischargeable debts such as taxes, student loans, fines by govenment units and liens on property of debtor are generally unaffected by bankruptcy.

### I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Dated:_____/_____/2005    _____    **X Date & Sign**

**George W McDonald**

Dated:_____/_____/2005    _____    **X Date & Sign**

**Patricia A McDonald**

* Joint debtors must provide information for both spouses.  Penalty for making a false statement or concealing property:
Fine up to $500,000 or up to 5 years imprisonment or both.  18 U.S.C. 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS WESTERN  DIVISION

In re

**George W McDonald and Patricia A McDonald**

**Attorney for Debtor: Nathan E Curtis**

Case No. : _____

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:____/_____/2005    _____    | **X Date & Sign** |
**George W McDonald**

Dated:____/_____/2005    _____    | **X Date & Sign** |
**Patricia A McDonald**

**\* Joint debtors must provide information for both spouses.  Penalty for making a false statement or concealing property:
Fine up to $500,000 or up to 5 years imprisonment or both.  18 U.S.C. 152 and 3571.**