# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GEORGE W. MCDONALD & PATRICIA A. MCDONALD    Case Number: 05-70444
5975 SHETLAND ROAD                SSN-xxx-xx-6040 & xxx-xx-0683
ROCKFORD, IL  61109

Case filed on: 2/7/2005
Plan Confirmed on: 4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,200.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | NATIONAL CITY HOME LOAN SERVICES | 0.00 | 0.00 | 14,060.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 14,060.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | -147.94 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | -147.94 | 0.00 |
| 998 | GEORGE W. MCDONALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GEORGE W. MCDONALD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ECAST SETTLEMENT CORPORATION | 200.00 | 200.00 | 200.00 | 4.49 |
|  | Total Secured | 200.00 | 200.00 | 200.00 | 4.49 |
| 001 | ECAST SETTLEMENT CORPORATION | 1,270.08 | 1,270.08 | 247.84 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 2,269.41 | 2,269.41 | 442.80 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 1,333.76 | 1,333.76 | 260.24 | 0.00 |
| 005 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 4,533.63 | 4,533.63 | 884.59 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 11,361.29 | 11,361.29 | 2,216.79 | 0.00 |
| 009 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 4,111.21 | 4,111.21 | 802.17 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 4,352.34 | 4,352.34 | 849.22 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 5,635.58 | 5,635.58 | 1,099.60 | 0.00 |
| 014 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 34,867.30 | 34,867.30 | 6,803.25 | 0.00 |
|  | Grand Total: | 37,767.30 | 37,767.30 | 23,615.31 | 4.49 |

Total Paid Claimant:     $23,619.80
Trustee Allowance:       $1,580.20         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      19.51         discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008         By  /s/Heather M. Fagan